Edward J. Maney, Trustee
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: ) | CHAPTER 13 PROCEEDINGS |
| EDWIN W WEHRING ) | |
| KAREN L HESS ) | CASE NO. 2-20-08884-SHG |
| 15995 W MADISON ST ) | |
| ) | CHAPTER 13 TRUSTEE'S REPORT |
| GOODYEAR, AZ 85338- ) | OF ALLOWED CREDITOR CLAIMS |
| ) | |

    Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| TruWest Credit Union<br>    Attn: Bankruptcy/Recovery<br>    1667 North Priest Drive<br>    Tempe, AZ 85281- | 09/22/2020 | $4108.94 | 6% | Secured |
| TruWest Credit Union<br>    Attn: Bankruptcy/Recovery<br>    1667 North Priest Drive<br>    Tempe, AZ 85281- | 09/22/2020 | $932.86 | 6% | Secured |
| Nationstar Mortgage, LLC<br>    Attn: Payment Processing LLC<br>    PO Box 619094<br>    Dallas, TX 75261-9741 | 09/02/2020 | $27.40 | 0% | Secured |
| Nationstar Mortgage, LLC<br>    Attn: Payment Processing LLC<br>    PO Box 619094<br>    Dallas, TX 75261-9741 | 09/02/2020 | $950.00 | 0% | Secured |
| Discover Student Loans<br>    POB 6107<br><br>    Carol Stream, IL 60197-6107 | 08/13/2020 | $7787.16 | 0% | Unsecured |
| Dovenmuehle Mortgage, Inc<br>    Attn: Bankruptcy<br>    1 Corporate Drive, STE 360<br>    Lake Zurich, IL 60047- | 08/13/2020 | $0.00 | 0% | Secured |
| Discover Bank<br>    DB Servicing Corporation<br>    PO Box 3025<br>    New Albany, OH 43054-3025 | 08/06/2020 | $16304.58 | 0% | Unsecured |
| Discover Financial Services<br>    Attn: Bankruptcy/Recovery Department<br>    P.O. Box 3025<br>    New Albany, OH 43054- | 08/06/2020 | $1511.94 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Fifth Third Bank<br>    1830 East Paris S.E., MS#RSCB3E<br><br>    Grand Rapids, MI  49546- | 08/17/2020 | $3488.62 | 0% | Unsecured |
| Chase Bank USA, N.A.<br>    c/o JP Morgan Chase Bank<br>    PO Box 15368<br>    Wilmington, DE  19850- | 08/25/2020 | $9715.15 | 0% | Unsecured |
| American Express Bank, FSB<br>    c/o BECKET & LEE LLP<br>    P.O. Box 3001<br>    Malvern, PA  19355-0701 | 08/26/2020 | $4722.52 | 0% | Unsecured |
| Discover Bank<br>    DB Servicing Corporation<br>    PO Box 3025<br>    New Albany, OH  43054-3025 | 08/31/2020 | $2104.78 | 0% | Unsecured |
| Wells Fargo Card Services<br>    Recovery Department<br>    P.O. Box 9210<br>    Des Moines, IA  50306- | 08/10/2020 | $7566.44 | 0% | Unsecured |
| US Bank<br>    P.O. Box 5227<br><br>    Cincinnati, OH  45201- | 09/08/2020 | $15523.08 | 0% | Unsecured |
| Discover Student Loans<br>    POB 6107<br><br>    Carol Stream, IL  60197-6107 | 08/13/2020 | $9627.10 | 0% | Unsecured |
| TruWest Credit Union<br>    Attn: Bankruptcy/Recovery<br>    1667 North Priest Drive<br>    Tempe, AZ  85281- | 09/14/2020 | $7233.03 | 0% | Unsecured |
| BANK OF AMERICA, N.A.<br>    P.O. BOX 15102<br><br>    WILMINGTON, DE  19886-5102 | 09/21/2020 | $5488.12 | 0% | Unsecured |
| Wells Fargo Card Services<br>    Recovery Department<br>    P.O. Box 9210<br>    Des Moines, IA  50306- | 08/14/2020 | $8230.29 | 0% | Unsecured |
| Citibank N.A.<br>    6716 Grade Ln Blg 9 STE 910-PY Dept<br><br>    Louisville, KY  40213-3439 | 09/11/2020 | $12994.28 | 0% | Unsecured |
| BANK OF AMERICA, N.A.<br>    P.O. BOX 15102<br><br>    WILMINGTON, DE  19886-5102 | 09/24/2020 | $11018.36 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA  23541- | 09/29/2020 | $3979.88 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 09/30/2020 | $3885.37 | 0% | Unsecured |
| LVNV Funding LLC<br>    c/o Resurgent Capital Services<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 10/05/2020 | $8417.11 | 0% | Unsecured |
| LVNV Funding LLC<br>    c/o Resurgent Capital Services<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 10/05/2020 | $12632.17 | 0% | Unsecured |
| LVNV Funding LLC<br>    c/o Resurgent Capital Services<br>    P.O. Box 10587<br>    Greenville, SC   29603-0587 | 10/05/2020 | $4725.40 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 10/07/2020 | $6955.20 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    P.O. Box 12914<br>    Norfolk, VA   23541- | 10/08/2020 | $10363.65 | 0% | Unsecured |
| BBVA Compass Bank<br>    P.O. Box 10566<br><br>    Birmingham, AL   35296- | 10/09/2020 | $33072.34 | 0% | Unsecured |
| BBVA Compass Bank<br>    P.O. Box 10566<br><br>    Birmingham, AL   35296- | 10/09/2020 | $23413.16 | 0% | Unsecured |
| Office of the Arizona Attorney General<br>    Tax, Bankruptcy, & Collection Section<br>    2005 N. Central Avenue<br>    Phoenix, AZ   85004-1592 | | $0.00 | 0% | Unsecured |
| Internal Revenue Services<br>    bankruptcy payments<br>    P.O. Box 7317<br>    Philadelphia, PA   19101-7317 | | $0.00 | 0% | Unsecured |
| Bank of America<br>    4909 Savarese Circle<br><br>    Tampa, FL   33634- | | $0.00 | 0% | Unsecured |
| Bank of America<br>    4909 Savarese Circle<br><br>    Tampa, FL   33634- | | $0.00 | 0% | Unsecured |
| Capital One<br>    P.O. Box 30285<br><br>    Salt Lake City, UT   84130-0285 | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Chase<br>　　PO Box 15298<br><br>　　Wilmington, DE  19850- | | $0.00 | 0% | Unsecured |
| Citibankna<br>　　Centralized Bankruptcu<br>　　POB 790034<br>　　St Louis, MO  63179- | | $0.00 | 0% | Unsecured |
| Credit First National Association<br>　　Attn: Bankruptcy<br>　　POB 81315<br>　　Cleveland, OH  44181- | | $0.00 | 0% | Unsecured |
| Discover Bank<br>　　DB Servicing Corporation<br>　　PO Box 3025<br>　　New Albany, OH  43054-3025 | | $0.00 | 0% | Unsecured |
| BARCLAY PRICELINE CARD<br>　　PO BOX 60517<br><br>　　CITY OF INDUSTRY, CA  91716- | | $0.00 | 0% | Unsecured |
| RUTH WEHRING<br>　　7323 E. CAROL WAY<br><br>　　SCOTTSDALE, AZ  85260- | | $0.00 | 0% | Unsecured |
| Synchrony Bank<br>　　c/o Recovery Management Systems Corp.<br>　　25 SE 2nd Ave., Suite 1120<br>　　Miami, FL  33131-1605 | | $0.00 | 0% | Unsecured |
| Wells Fargo Bank, N.A.<br>　　1 Home Campus<br><br>　　Des Moines, IA  50328- | | $0.00 | 0% | Unsecured |
| Thomas Adams Mcavity<br>　　Phoenix Fresh Start Bankruptcy Attorneys<br>　　4602 E Thomas Rd, Ste S-9<br>　　Phoenix, AZ  85028- | | $16.00 | 0% | Legal |
| Thomas Adams Mcavity<br>　　Phoenix Fresh Start Bankruptcy Attorneys<br>　　4602 E Thomas Rd, Ste S-9<br>　　Phoenix, AZ  85028- | | $4484.00 | 0% | Legal |

Edward J. Maney
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776   Fax (602) 277-4103
Email: office@maney13trustee.com