| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Edwin W Wehring |
| Debtor 2 | Karen L Hess a/k/a Karen Wehring |
| | (Spouse, if filing) |
| United States Bankruptcy Court for the **PHOENIX** District of Arizona | |
| | (State) |
| Case number: 2:20-bk-08884-SHG | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper   **Court Claim No.** (if known): 12

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX3897

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | _____ | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | _____ | (2) | $0.00 |
| 3. | Attorney fees | _____ | (3) | $0.00 |
| 4. | Filing fees and court costs | _____ | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | _____ | (5) | $0.00 |
| 6. | Appraisal/Broker's price opinion fees | _____ | (6) | $0.00 |
| 7. | Property inspection fees | _____ | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | _____ | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | _____ | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify:" _____ | _____ | (10) | $0.00 |
| 11. | Other. Specify: BK Plan Review | 08/12/2020 | (11) | $425.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

File: 20-028005   Case 2:20-bk-08884-SHG   Doc   Filed 09/22/20   Entered 09/22/20 13:19:58   Desc
Main Document    Page 1 of 3

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Jason Sherman, 019999
   Signature

Date: 9/18/2020

Print: Jason P. Sherman/Lydia R. Tulin
       First Name    Middle Name    Last Name

Title: Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper

Company: Janeway Law Firm, LLC

Address: 3636 N. Central Ave., Suite #400
         Number        Street

Phoenix, AZ 85012
City        State    ZIP Code

Contact phone (602) 222-5711

Email _____

Original filed this 22 day
of September, 2020 with:

United States Bankruptcy Court
230 N. First Ave., Suite 204
Phoenix, AZ 85003-1706

Copy of the foregoing was mailed
this 22 day of September, 2020 to:

Chapter 13 Trustee:
Edward J. Maney
101 N. First Ave, Suite 1775
Phoenix, AZ 85003

Attorney for Debtors:
Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4602 E. Thomas Rd., Ste. S-9
Phoenix, AZ 85028

Debtors:
Edwin W Wehring
15995 W Madison Street
Goodyear, AZ 85338

Karen L Hess
15995 W Madison Street
Goodyear, AZ 85338

By _[signature]_